MIDDLESEX CONCRETE PRODUCTS AND EXCAVATING CORPORATION, PLAINTIFF, v. BOROUGH OF CARTERET, DEFENDANT-RESPONDENT, AND LOUIS P. BOOZ, DEFENDANT-PETITIONER.

On petition for certification to Superior Court, Appellate Division.

See same case below: 36 *N. J. Super.* 400.

*Messrs. Wilentz, Goldman, Spitzer & Sills* and *Mr. Elias A. Kanter* for the petitioner.

*Mr. Russell E. Watson, Mr. Edward L. Webster, Jr.,* and *Mr. C. John Stroumtsos* for the respondent.

October 24, 1955.

JAMES BRITTINGHAM, PETITIONER-RESPONDENT. v. NATIONAL LEAD CO., DEFENDANT-PETITIONER.

On petition for certification to Superior Court, Appellate Division.

*Messrs. O'Brien, Brett & O'Brien* for the petitioner.

*Mr. Louis C. Jacobson* for the respondent.